UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DLP MASTER TRUST,

        Plaintiff,

v.

SUN LIFE ASSURANCE COMPANY OF CANADA,

        Defendant.

Case No. 1:25-cv-02144-RML

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff DLP Master Trust, by and through its undersigned counsel, hereby provides notice of voluntary dismissal of this action without prejudice.

Dated: May 9, 2025

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Aaron M. Rubin*

Aaron M. Rubin
amrubin@orrick.com

2050 Main Street, Suite 1100
Irvine, CA 92614
Telephone: (949) 567-6700

*Attorneys for Plaintiff DLP Master Trust*

SO ORDERED.   ROBERT LEVY
5/14/25   Robert M. Levy
United States Magistrate Judge